JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Toddella D. Brown,<br><br>                              Plaintiff,<br><br>        v.<br><br>HomeStreet Bank, et al.,<br><br>                              Defendants. | Case No. EDCV 18-2379 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith and the Court's Orders dated July 5, 2019 and September 10, 2019.

IT IS HEREBY ADJUDGED that all claims against Defendants HomeStreet Bank, Government National Mortgage Association, and Mortgage Electronic Registration Systems, Inc. are dismissed without leave to amend; Defendant Zieve Brodnax and Steele LLP is dismissed for failure to prosecute; and this action is dismissed.

Dated: September 18, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge